**Slip. Op. 07 - 125**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| FORMER EMPLOYEES OF INDEPENDENT STEEL CASTINGS COMPANY, INC., | |
| Plaintiffs, | Before: Richard W. Goldberg, Senior Judge |
| v. | Court No. 06-00338 |
| UNITED STATES DEPARTMENT OF LABOR, | |
| Defendant, | |

**JUDGMENT**

Upon consideration of the Revised Determination of Alternative Trade Adjustment Assistance ("Remand Determination") filed by the United States Department of Labor on July 27, 2007, Plaintiffs' written comments stating that they are satisfied with the Remand Determination as filed, all other papers filed herein, and upon due deliberation, it is hereby

**ORDERED** that the Remand Determination is sustained in all respects; and it is further

**ORDERED** that this action is dismissed.

**SO ORDERED.**

/s/ Richard W. Goldberg_
**Richard W. Goldberg**
**Senior Judge**

**Dated:    August 15, 2007**
          **New York, New York**